# Court of Appeals
# of the State of Georgia

ATLANTA,_February 02, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22D0218. CHRISTOPHER DEWAYNE MAYO v. THE STATE.**

Proceeding pro se, Christopher Dewayne Mayo filed this application for discretionary appeal requesting permission to file an out-of-time appeal from a March 2021 trial court order revoking his probation. However, from the limited materials submitted with his application, it does not appear that Mayo has filed a motion for an out-of-time appeal in the trial court or that the trial court has issued any order in this regard.

Mayo's motion should be directed to the trial court. This Court is an appellate court for the correction of errors made by the trial court and has no original jurisdiction; thus, we will not consider issues on which the trial court has not ruled. *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009). In the absence of a trial court order disposing of a motion for an out-of-time appeal, we have nothing to review. *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).

Accordingly, Mayo's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/02/2022_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.